1  Name: VoteCollins 2020/ICO Joe E. Collins III

2  Address: 11705 Willake Street, Santa Fe Springs, Ca 90670

3  Telephone Phone: 858-882-7519

4  Email: joecollins47@gmail.com

**FILED**

DEC 0 7 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LC                        DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Joe E. III: COLLINS | Case No.: **'17CV2451 MMABGS** |
|  | (assigned at time of filing) |
| Plaintiff(s), |  |
| v. | **COMPLAINT** |
| The UNITED STATES NAVY |  |
| Defendant(s). |  |

**I.     RELATED CASES**

    a.     Do you have other Civil Case(s) in this or any other federal court?

        ☐ Yes    ☒ No

    b.     If yes, please list the case numbers here:

**II.     STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

The United States Navy Under the leadership of Commander Robert Kimnach III, Commander David Wilson, Master Chief Tony James, LT Darrel Taylor, AD2 Timothy Christopherson, on multiple occasions violated the Privacy Policy, Terms and Condition which were agreed to and accepted as a condition for use of the votecollins2020.com website and its related social media content.

The terms and conditions of the privacy policy clear states that the use of the website constitutes their agreement and that they should keep a copy of the terms and conditions for their personal reference.

The terms and conditions of the privacy policy states that "as a condition of your use of the site, you warrant to VoteCollins2020 that you will not use the site for any purpose that is unlawful or prohibited by these terms. You may not use the site nor it ' s content to include ALL social media accounts associated with Vote Collins 2020 in any manner which could damage, damage the reputation of person's associated with this website, disable, overburden, or impair the Site or interfere with any other party's use and enjoyment of the Site. You may not obtain or attempt to obtain any materials or information to include ALL social media accounts associated with Vote Collins 2020 through any means not intentionally made available or provided for through the Site.

All content included as part of the Service, such as text, graphics, logos, images, ALL social media accounts associated with Vote Collins 2020, as well as the compilation thereof, and any software used on the Site, is the property of VoteCollins2020 or its suppliers and protected by copyright and other laws that protect intellectual property and proprietary rights. You agree to observe and abide by all copyright and other proprietary notices, legends or other restrictions contained in any such content and will not make any changes thereto.

You WILL NOT modify, copy, recreate, publish, transmit, reverse engineer, participate in the transfer or sale, create derivative works, or in any way exploit any of the content, to include ALL social media associated with Vote Collins 2020, in whole or in part, found on the Site with out express written consent from VoteCollins2020 Principal Officer ' s or owners. VoteCollins2020 content is not for resale. Your use of the Site does not entitle you to make any unauthorized use of any protected content, and in particular you will not delete or alter any proprietary rights or attribution notices in any content. You will use protected content solely for your personal use, and will make no other use of the content to include ALL social media content associated with Vote Collins 2020 without the express written permission of VoteCollins2020 Principal Officer's or owner and

and the copyright owner. You agree that you do not acquire any ownership rights in any protected content. We do not grant you any licenses, express or implied, to the intellectual property of VoteCollins2020 to include ALL social media accounts associated with Vote Collins 2020 or our licensors except as expressly authorized by these Terms.

Evidence proves that the United States Navy Knowingly and Willfully violated the terms and condtions of the website that they with full knowledge accepted in order to achieve their objective which was to demaged the repuation, character, and end the 13 year career of Joe E. Collins III.

| | |
|---|---|
| 1 | **III.**    **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.* |
| 2 | *Do not use this space to state the facts of your claim.)* |
| 3 | I wan the court to order the United States Navy to pay damages of |
| 4 | $100,000,000.00 to Joe E. Collins III. Update Joe E. Collins III, discharge to |
| 5 | honorable, change the the Narrative Reason for separation to "Separation" and separation Code to 246. |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  **IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2  *pursuant to FRCP, Rule 38?)*
3         ☒ Yes        ☐ No
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6  ___5 DEC 2017_____        _____
7  Date                                  Signature
8                                        Joe E. III. COLLINS
9                                        Printed Name
10 Signed before me this 5th day of December
11 2017 by Joe Edward Collins III
12
13                                        Freda Wallace
14   FREDA WALLACE
     Notary Public, State of Texas
15   Comm. Expires 06-08-2020
     Notary ID 8671993
16
17
18
19
20
21
22
23
24
25
26
27
28

Privacy Policy

Terms and Conditions

Agreement between User and VoteCollins2020

Welcome to www.votecollins2020.com. The www.votecollins2020.com website (the "Site") is comprised of various web pages operated by Vote Collins 2020 ("VoteCollins2020"). www.votecollins2020.com is offered to you conditioned on your acceptance without modification of the terms, conditions, and notices contained herein (the "Terms"). Your use of www.votecollins2020.com constitutes your agreement to all such Terms. Please read these terms carefully, and keep a copy of them for your reference.

www.votecollins2020.com is a Marketing Site for 2020 Presidential Campaign of Joe E. Collins III

Privacy

Your use of www.votecollins2020.com and it's content is subject to VoteCollins2020's Privacy Policy. Please review our Privacy Policy, which also governs the Site and informs users of our data collection practices.

Electronic Communications

Visiting www.votecollins2020.com or sending emails to VoteCollins2020 constitutes electronic communications. You consent to receive electronic communications and you agree that all agreements, notices, disclosures and other communications that we provide to you electronically, via email and on the Site, satisfy any legal requirement that such communications be in writing.

Children Under Thirteen

VoteCollins2020 does not knowingly collect, either online or offline, personal information from persons under the age of thirteen. If you are under 18, you may use www.votecollins2020.com only with permission of a parent or guardian.

## Links to Third Party Sites/Third Party Services

www.votecollins2020.com may contain links to other websites ("Linked Sites"). The Linked Sites are not under the control of VoteCollins2020 and VoteCollins2020 is not responsible for the contents of any Linked Site, including without limitation any link contained in a Linked Site, or any changes or updates to a Linked Site. VoteCollins2020 is providing these links to you only as a convenience, and the inclusion of any link does not imply endorsement by VoteCollins2020 of the site or any association with its operators.

Certain services made available via www.votecollins2020.com are delivered by third party sites and organizations. By using product, service or functionality originating from the www.votecollins2020.com domain, you hereby acknowledge and consent that VoteCollins2020 may share such information and data with any third party with whom VoteCollins2020 has a contractual relationship to provide the requested product, service or functionality on behalf of www.votecollins2020.com users and customers. Neither the military information, or photograph's imply endorsement by the Department of Defense or their perspective Military Department. Use of military rank, job titles, and photographs in uniform are solely for references purposes only and does not imply endorsement by the Department of the Navy or the Department of Defense.

## No Unlawful or Prohibited Use/Intellectual Property

You are granted a non-exclusive, non-transferable, revocable license to access and use www.votecollins2020.com and it's content, to include ALL social media accounts associated with VoteCollins2020, strictly in accordance with these terms of use. As a condition of your use of the Site, you warrant to VoteCollins2020 that you will not use the Site for any purpose that is unlawful or prohibited by these Terms. You may not use the Site nor it's content to include ALL social media accounts associated with Vote Collins 2020 in any manner which could damage, damage the reputation of person's associated with this website, disable, overburden, or impair the Site or interfere with any other party's use and enjoyment of the Site. You may not obtain or attempt to obtain any materials or information to include ALL social media accounts associated with Vote Collins 2020 through any means not intentionally made available or provided for through the Site.

All content included as part of the Service, such as text, graphics, logos, images, ALL social media accounts associated with Vote Collins 2020, as well as the compilation thereof, and any software used on the Site, is the property of VoteCollins2020 or its suppliers and protected by copyright and other laws that protect intellectual property and proprietary rights. You agree to observe and abide by all copyright and other proprietary notices, legends or other restrictions contained in any such content and will not make any changes thereto.

You WILL NOT modify, copy, recreate, publish, transmit, reverse engineer, participate in the transfer or sale, create derivative works, or in any way exploit any of the content, to include ALL social media associated with Vote Collins 2020, in whole or in part, found on the Site with out express written consent from VoteCollins2020 Principal Officer's or owners. VoteCollins2020 content is not for resale. Your use of the Site does not entitle you to make any unauthorized use of any protected content, and in particular you will not delete or alter any proprietary rights or attribution notices in any content. You will use protected content solely for your personal use, and will make no other use of the content to include ALL social media content associated with Vote Collins 2020 without the express written permission of VoteCollins2020 Principal Officer's or owner and the copyright owner. You agree that you do not acquire any ownership rights in any protected content. We do not grant you any licenses, express or implied, to the intellectual property of VoteCollins2020 to include ALL social media accounts associated with Vote Collins 2020 or our licensors except as expressly authorized by these Terms.

International Users

The Service is controlled, operated and administered by VoteCollins2020 from our offices within the USA. If you access the Service from a location outside the USA, you are responsible for compliance with all local laws. You agree that you will not use the VoteCollins2020 Content accessed through www.votecollins2020.com in any country or in any manner prohibited by any applicable laws, restrictions or regulations.

Indemnification

You agree to indemnify, defend and hold harmless VoteCollins2020, its officers, directors, employees, agents and third parties, for any losses, costs, liabilities and expenses (including reasonable attorney's fees) relating to or arising out of your use of or inability to use the Site or services, any user postings made by you, your violation of any terms of this Agreement or your violation of any rights of a third party, or your violation of any applicable laws, rules or regulations. VoteCollins2020 reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with VoteCollins2020 in asserting any available defenses.

Arbitration

In the event the parties are not able to resolve any dispute between them arising out of or concerning these Terms and Conditions, or any provisions hereof, whether in contract, tort, or otherwise at law or

in equity for damages or any other relief, then such dispute shall be resolved only by final and binding arbitration pursuant to the Federal Arbitration Act, conducted by a single neutral arbitrator and administered by the American Arbitration Association, or a similar arbitration service selected by the parties, in a location mutually agreed upon by the parties. The arbitrator's award shall be final, and judgment may be entered upon it in any court having jurisdiction. In the event that any legal or equitable action, proceeding or arbitration arises out of or concerns these Terms and Conditions, the prevailing party shall be entitled to recover its costs and reasonable attorney's fees. The parties agree to arbitrate all disputes and claims in regards to these Terms and Conditions or any disputes arising as a result of these Terms and Conditions, whether directly or indirectly, including Tort claims that are a result of these Terms and Conditions. The parties agree that the Federal Arbitration Act governs the interpretation and enforcement of this provision. The entire dispute, including the scope and enforceability of this arbitration provision shall be determined by the Arbitrator. This arbitration provision shall survive the termination of these Terms and Conditions.

Liability Disclaimer

THE INFORMATION, SOFTWARE, PRODUCTS, AND SERVICES INCLUDED IN OR AVAILABLE THROUGH THE SITE MAY INCLUDE INACCURACIES OR TYPOGRAPHICAL ERRORS. CHANGES ARE PERIODICALLY ADDED TO THE INFORMATION HEREIN. VOTE COLLINS 2020 AND/OR ITS SUPPLIERS MAY MAKE IMPROVEMENTS AND/OR CHANGES IN THE SITE AT ANY TIME.

VOTE COLLINS 2020 AND/OR ITS SUPPLIERS MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY, RELIABILITY, AVAILABILITY, TIMELINESS, AND ACCURACY OF THE INFORMATION, SOFTWARE, PRODUCTS, SERVICES AND RELATED GRAPHICS CONTAINED ON THE SITE FOR ANY PURPOSE. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ALL SUCH INFORMATION, SOFTWARE, PRODUCTS, SERVICES AND RELATED GRAPHICS ARE PROVIDED "AS IS" WITHOUT WARRANTY OR CONDITION OF ANY KIND. VOTE COLLINS 2020 AND/OR ITS SUPPLIERS HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH REGARD TO THIS INFORMATION, SOFTWARE, PRODUCTS, SERVICES AND RELATED GRAPHICS, INCLUDING ALL IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL VOTE COLLINS 2020 AND/OR ITS SUPPLIERS BE LIABLE FOR ANY DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF USE, DATA OR PROFITS, ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OR PERFORMANCE OF THE SITE, WITH THE DELAY OR INABILITY TO USE THE SITE OR RELATED SERVICES, THE PROVISION OF OR FAILURE TO PROVIDE SERVICES, OR FOR ANY INFORMATION, SOFTWARE, PRODUCTS, SERVICES AND RELATED GRAPHICS OBTAINED THROUGH THE SITE, OR OTHERWISE ARISING OUT OF THE USE OF THE SITE, WHETHER BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE, EVEN IF VOTE COLLINS 2020 OR ANY OF ITS SUPPLIERS

HAS BEEN ADVISED OF THE POSSIBILITY OF DAMAGES. BECAUSE SOME STATES/JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE SITE, OR WITH ANY OF THESE TERMS OF USE, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USING THE SITE.

Termination/Access Restriction

VoteCollins2020 reserves the right, in its sole discretion, to terminate your access to the Site and the related services or any portion thereof at any time, without notice. To the maximum extent permitted by law, this agreement is governed by the laws of the District of Columbia and you hereby consent to the exclusive jurisdiction and venue of courts in the District of Columbia in all disputes arising out of or relating to the use of the Site. Use of the Site is unauthorized in any jurisdiction that does not give effect to all provisions of these Terms, including, without limitation, this section.

You agree that no joint venture, partnership, employment, or agency relationship exists between you and VoteCollins2020 as a result of this agreement or use of the Site. VoteCollins2020's performance of this agreement is subject to existing laws and legal process, and nothing contained in this agreement is in derogation of VoteCollins2020's right to comply with governmental, court and law enforcement requests or requirements relating to your use of the Site or information provided to or gathered by VoteCollins2020 with respect to such use. If any part of this agreement is determined to be invalid or unenforceable pursuant to applicable law including, but not limited to, the warranty disclaimers and liability limitations set forth above, then the invalid or unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of the agreement shall continue in effect.

Unless otherwise specified herein, this agreement constitutes the entire agreement between the user and VoteCollins2020 with respect to the Site and it supersedes all prior or contemporaneous communications and proposals, whether electronic, oral or written, between the user and VoteCollins2020 with respect to the Site. A printed version of this agreement and of any notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to this agreement to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. It is the express wish to the parties that this agreement and all related documents be written in English.

Changes to Terms

VoteCollins2020 reserves the right, in its sole discretion, to change the Terms under which www.votecollins2020.com is offered. The most current version of the Terms will supersede all previous versions. VoteCollins2020 encourages you to periodically review the Terms to stay informed of our updates.

Contact Us

VoteCollins2020 welcomes your questions or comments regarding the Terms:

Vote Collins 2020

2534 State Street Ste 481

San Diego, California 92101

Email Address:

info@votecollins2020.com

Telephone number:

858-882-7712

Effective as of February 01, 2017

From: LT David M. Kehoe, USN
To:   Commanding Officer, Helicopter Maritime Strike Squadron FOUR NINE

Subj: PRELIMINARY INQUIRY INTO THE FACTS AND CIRCUMSTANCES
      SURROUNDING ALLEGED MISCONDUCT ICO AVIATION MACHINIST'S MATE
      FIRST CLASS JOE E. COLLINS III

Ref:  (a) DOD Directive 1344.10
      (b) JAGISNT 5800.7F
      (c) R.C.M 303
      (d) DoD Instruction 1334.1
      (e) NAVADMIN 055/16

Encl: (1) Designation as Preliminary Inquiry Officer
      (2) Suspect's Rights Acknowledgement/Statement AD1 Collins
      (3) Email from AD1 Collins to FCPO
      (4) Campaign business card for AD1 Collins
      (5) joecollins2020.com Website screen shots
      (6) Witness Statement LCDR Gabrielle Cunningham
      (7) Witness Statement AT1 Donnel McHenry
      (8) Witness Statement CMC Tony James
      (9) Written Statement AD3 Christopherson
      (10) Witness Statement ATAN Frateschi
      (11) Witness Statement ADAN Rodgers
      (12) CD with various videos from AD1 Collins' various social media accounts

1. Pursuant to enclosure (1), and in accordance with references (a) and (b), a preliminary
inquiry was conducted into the allegation that AD1 Collins, USN, engaged in wrongful political
activities and failure to obey lawful general order or regulation (UCMJ Article 92) and General
Conduct (UCMJ Article 134) and Cruelty and Maltreatment (UCMJ Article 93).

2. Personnel contacted:

   a. Gabrielle Cunningham, LCDR, HSM-49, Safety Officer
   b. Donnel McHenry, AT1, HSM-49
   c. Tony James, Command Master Chief (CMDCM), HSM-49
   d. Timothy Christopherson, AD3, HSM-49
   e. Andrew Frateschi, ATAN, HSM-49
   f. Morgan Rodgers, ADAN, HSM-49

3. Materials reviewed: All reviewed materials are included within enclosures (2) through (12).

Enclosure (2)

Subj: PRELIMINARY INQUIRY INTO THE FACTS AND CIRCUMSTANCES
SURROUNDING ALLEGED MISCONDUCT ICO AVIATION MACHINIST'S MATE
FIRST CLASS JOE E. COLLINS III

4. Summary of Findings:

a. On 18 May 2017, LT Taylor, HSM-49 Legal Officer, as a witness, and myself as
Preliminary Inquiry Officer assigned to inquiry, read AD1 Collins his Article 31b rights [Encl
(2)]. Signatures from AD1 Collins are incomplete for waiver of rights. AD1 Collins would not
give an oral or written statement without advice of counsel.

b. On 2 May 2017, AT1 McHenry was notified by AD3 Christopherson of a website
(www.votecollins2020.com) that featured AD1 Collins appearing to be running for the Office of
the President of the United States [Encl (7)]. AT1 McHenry brought the website to the attention
of his chief, ADC Brown, who subsequently forwarded the website to CMDCM James.
CMDCM James brought the website to the Executive Officer (XO)/Commanding Officer (CO)
on 4 May 2017 [Encl (8)]. After reviewing the content of the website and other social media
accounts (Facebook, Instagram) consistent with the websites message the XO/CO made the
decision to open an investigation into AD1 Collins' conduct.

c. The public websites and social media accounts that belong to AD1 Collins consistently
display an intention to run for political office. The screen shots of the different pages [Encls (4),
(5)] include pictures of the member in uniform next to a candidate biography, his registration
with the Federal Election Commission for the 2020 Presidential Election cycle and an online
donation center to make campaign contributions. The public websites and social media accounts
that belong to AD1 Collins contained video clips [Encl (12)] wherein AD1 Collins consistently
makes statements about his intention to run for political office.

d. Various examples of the misuse of squadron resources were evident throughout the
inquiry. LCDR Cunningham stated [Encl (6)] that she had observed AD1 Collins working on his
website and making calls to his website manager during working hours. Additionally, in an
email [Encl (3)] to the First Class Petty Officers Association, AD1 promoted his website.
Business cards [Encl (4)] with AD1's campaign website information were found in the HSM 49
Maintenance Training Room and were distributed with regularity to squadron members.

e. AD1 Collins made several statements to junior sailors, on his social media accounts and
campaign websites that were not in accordance with reference (a) stating the current Commander
in Chief, President Trump, "a tyrant, who promotes hatred, racism and segregation throughout
the world. [Encl (5)]." In a video posted on his Instagram and Facebook accounts, AD1 Collins
can be heard saying "Donate to my campaign because fuck Donald Trump, okay? That's why
guys…fuck him, I am running for President in 2020 [Encl (12)]." Additionally, multiple junior
Sailors stated [Encls (9)(10)(11)] that AD1 consistently made statements saying the orders of
entire chain of command were irrelevant as he would soon be President and giving orders to
these individuals.

f. A larger trend of abuse and negligence on a multitude of subjects was identified in the
subsequent interviews with the junior Sailors that work directly under AD1 Collins'.

2

Enclosure (2)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JOE E. III: COLLINS

                              **Plaintiff,**

                    **V.**

UNITED STATES NAVY

                              **Defendant.**

**FILED**

1/29/2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:          A. Finnell-Yepez  , Deputy

**Civil No.**  17cv2451-MMA-BGS

**SEALED DOCUMENT**



DEPARTMENT OF THE NAVY
HELICOPTER MARITIME STRIKE SQUADRON FOUR NINE
P O BOX 357135
NAVAL BASE CORONADO
SAN DIEGO CA 92135-7135

5830
Legal
11 May 17

From: Commanding Officer, Helicopter Maritime Strike Squadron FOUR NINE
To:   LT David M. Kehoe, USN, Preliminary Inquiry Officer

Subj: PRELIMINARY INQUIRY INTO THE FACTS AND CIRCUMSTANCES
      SURROUNDING ALLEGED MISCONDUCT ICO AVIATION MACHINIST'S MATE
      FIRST CLASS JOE E. COLLINS III

Ref:  (a) R.C.M. 303
      (b) JAGINST 5800.7F; Manual of the Judge Advocate General
      (c) DoDD 1344.10, dtd February 19, 2008; Political Activities by Members of the Armed
          Forces on Active Duty
      (d) DoD Instruction 1334.1, dtd October 26, 2005; Wearing of Uniform
      (e) NAVADMIN 055/16, 031334Z MAR 16; Public Affairs Policy Guidance Concerning
          Political Campaigns and Elections

1. This appoints you, per reference (a), to inquire into the facts and circumstances surrounding
an alleged prejudice of good order and discipline and discredit in/upon the Armed Forces and
failure to obey or regulation ICO Aviation Machinist's Mate Joe E. Collins III for his political
activities while on Active Duty.

2. You should contact the Legal Officer or a Judge Advocate if you require any assistance
pertaining to this inquiry. You must secure statements from any witnesses in this case.
Furthermore, inform any other person who may be a suspect in this case, including the above
named accused, of his or her Article 31b rights.

3. Investigate applicable guidelines regarding the charges, any fault, neglect, or responsibility
therefore, and recommend appropriate administrative or disciplinary action. Report your
findings of fact, opinions, and recommendations in letter format no later than 19 May 2017
unless an extension of time is granted. If you have not previously done so, read references (a),
Chapter II of reference (b) in its entirety, and references (c) through (e) before beginning your
investigation.

Specifically:

    a. Determine whether AD1 Collins is actively campaigning or managing a presidential
campaign for the 2020 presidential campaign race and the scope of any campaign activities;

    b. Determine whether AD1 Collins actively participated in partisan political activities,
including fundraising;

Enclosure ( )

Subj: PRELIMINARY INQUIRY INTO THE FACTS AND CIRCUMSTANCES
SURROUNDING ALLEGED MISCONDUCT ICO AVIATION MACHINIST'S MATE
FIRST CLASS JOE E. COLLINS III

c. Determine whether AD1 Collins used his official authority or position to solicit votes
while serving on active duty;

d. Determine the scope of relevant training given and required;

e. Determine if any campaign efforts by AD1 Collins involved misuse of any government
resources;

f. Determine the extent of fundraising efforts by AD1 Collins, including whether AD1
Collins solicited donations from any subordinates and the amount of such donations;

g. Determine whether AD1 Collins used any contemptuous words used against the current
President of the United States, other public official, or otherwise engaged in conduct prejudicial
to good order and discipline;

4. You may seek legal advice from LT Darryl M. Taylor, USN, Legal Officer, Commanding
Officer, Helicopter Maritime Strike Squadron FOUR NINE, or LT Sarah F. Burkett, JAGC, USN
Command Judge Advocate, Naval Base Coronado Region Legal Service Office Southwest
during the course of your inquiry. You can reach LT Burkett at (619) 545-8143or
sarah.burkett@navy.mil. You can reach LT Taylor at (619) 545-0339 or
darryl.m.taylor@navy.mil.

R. B. KIMNACH III

Copy to:
HSM 49 Legal Officer

# SUSPECT'S RIGHTS ACKNOWLEDGEMENT/STATEMENT

| FULL NAME (ACCUSED/SUSPECT)<br>**COLLINS, JOE E.** | SSN<br>**XXX-XX-** | RATE/RANK<br>**AD1-E6** | SERVICE (BRANCH)<br>**USN** |
|---|---|---|---|
| ACTIVITY/UNIT<br>**HSM-49** | | | DATE OF BIRTH |
| NAME (INTERVIEWER) | SSN<br>**XXX-XX-** | RATE/RANK | SERVICE (BRANCH)<br>**USN** |
| ORGANIZATION<br>**HSM-49** | | BILLET | |
| LOCATION OF INTERVIEW<br>**HSM-49, Naval Base Coronado, San Diego, California** | | TIME | DATE |

## RIGHTS

I certify and acknowledge by my signature and initials set forth below that, before the interviewer requested a statement from me, he warned me that:

(1) I am suspected of having committed the following offense(s):
**Violation of UCMJ, Article 134 – General Article**
**Violation of UCMJ, Article 92 – Failure to Obey Order or Regulation**

(2) I have the right to remain silent; - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(3) Any statement I do make may be used as evidence against me in trial by court-martial, - - - - -

(4) I have the right to consult with lawyer counsel prior to any questioning. This lawyer counsel may be a civilian lawyer retained by me at my own expense, a military lawyer appointed to act as my counsel without cost to me, or both; - - - - - - - - - - - - - - - - - - - - - - - - -

(5) I have the right to have such retained civilian lawyer and/or appointed military lawyer present during this interview; and - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(6) If I decide to answer questions now without a lawyer present, I will have the right to stop this Interview at any time. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## WAIVER OF RIGHTS

I further certify and acknowledge that I have read the above statement of my rights and fully understand them, and that, - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(1) I expressly desire to waive my right to remain silent. - - - - - - - - - - - - - - - - - - - - - - - -

(2) I expressly desire to make a statement. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Enclosure ( )

(3) I expressly do not desire to consult with either a civilian lawyer retained by me or a military lawyer appointed as my counsel without cost to me prior to any questioning; - - - - - - - - - -

(4) I expressly do not desire to have such lawyer present with me during this interview; and - - - -

(5) This acknowledgment and waiver of rights is made freely and voluntarily by me, and without any promises or threats having been made to me or pressure or coercion of any kind having been used against me. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(6) I further understand that, even though I initially waived my rights to counsel and to remain silent, I may, during the interview, assert my right to counsel or to remain silent. - - - - - - - - - - - - - - - - - - -

| SIGNATURE (ACCUSED/SUSPECT) | TIME | DATE |
|---|---|---|
| | 1000 | 18MAY2017 |
| SIGNATURE (INTERVIEWER) | TIME | DATE |
| | 1000 | 18MAY2017 |
| SIGNATURE (WITNESS) | TIME | DATE |
| | 1000 | 5/18 |

The statement which appears on this page (and the following ___ page(s), all of which are signed by me), is made freely and voluntarily by me, and without any promises or threats having been made to me or pressure or coercion of any kind having been used against me.

_____
SIGNATURE (ACCUSED/SUSPECT)

Enclosure (2)

| From: | Collins, Joe E AD1 HSM 49, Safety Department |
|---|---|
| Sent: | Thursday, April 27, 2017 14:44 |
| To: | HSM49 PO1 |
| Subject: | CPO365 topic for 4 May 17 |
| Attachments: | Document1.docx |

Attached is my topic outline for next week's CPO365.

This topic is pretty much opinionated so if you don't like what I have by all means write your own answers and we can discuss it at CPO365.

Thanks for your time in advance.

www.votecollins2020.com

V/r,

AD1 Collins

P.s.
$2 taco Tuesday in the ARO. May 2nd 2017 Chicken, beef and pork...

The Federal Election Commission (FEC)

2017 April Quarterly Report

During the April quarter, the Vote Collins 2020 Campaign Committee (i.d. C00634030) or Joe E. Collins III (i.d. P00005439) did not raise any funds. If you need further information please send us an email at info@votecollins2020.org or mail at

Joe Collins III

2534 State Street Ste. 481

San Diego, Ca 92101



Enclosure ( )





10





Enclosure ( )



---

### 4.4. <u>Holding and Exercising the Functions of a U.S. Government Civil Office Attained by Election or Appointment</u>

- 4.4.1. Paragraph 4.4. applies to a civil office in the U.S. Government that:
- 4.4.1.1. Is an elective office;
- 4.4.1.2. Requires an appointment by the President; or
- 4.4.1.3. Is in a position on the executive schedule under sections 5312-5317 of Reference (i).
- 4.4.2. A regular member, or retired regular or Reserve Component member on active duty under a call or order to active duty for more than 270 days, may not hold or exercise the functions of civil office set out in subparagraph 4.4.1. unless otherwise authorized in paragraph 4.4. or by law.

Enclosure ( )



# BIOGRAPHY



campaign, "Operation Iraqi Freedom" in 2008 as well as a successful stint of recruiting duty where he received numerous honors and awards as well as the pleasure of jump starting the careers of many of our young American leaders of today by way of active duty military service.

But this was not enough, Joe felt he needed to do more for his fellow Americans and his community. Joe then became a member of many charity and volunteer organizations to donate his time money and talents to anyone who needed them. He began with organizations that fed and donated clothes to our homeless brothers and sisters, city beach and park clean ups, mentoring children and young adults, coaching, and attending city council meetings and gatherings in hope of creating a change for our future generations.

Joe E. Collins III has made the choice from very young age to protect this country from all enemies foreign and domestic, to uphold the Constitution and promote fair treatment dignity and respect for all persones who reside in our great country. America America is on the brink of civil war, with a tyrant, who promotes hatred, racism, and segregation throughout the world. It is time America had someone who will fight for its peoples freedom and democracy! Someone who has already proved his loyalty to this country and it's people. It's time America had a true American hero who can bring back that hope and rediscover what it means to have that American Dream we heard so many stories about.

## AMERICA NEEDS G.I. JOE BECAUSE WE ARE THE VISION FOR THE FUTURE!

#VoteCollins2020 #VisionForTheFuture #GIJoe

Enclosure (_)



# 4.1.2. A member of the Armed Forces on active duty shall not:

- 4.1.2.1. Participate in partisan political fundraising activities (except as permitted in subparagraph 4.1.1.7.), rallies, conventions (including making speeches in the course thereof), management of campaigns, or debates, either on one's own behalf or on that of another, without respect to uniform or inference or appearance of official sponsorship, approval, or endorsement. Participation includes more than mere attendance as a spectator. (See subparagraph 4.1.1.9.)

Enclosure ( )

*ENCL (5) (6)*

## AD1 Collins

- 4. <u>POLICY</u> – Ref. DoDD 1344.10 Political Activities by Members of the Armed Forces, Feb 19, 2008.
- It is DoD policy to encourage members of the Armed Forces (hereafter referred to as "members") (including members on active duty, members of the Reserve Components not on active duty, members of the National Guard even when in a non-Federal status, and retired members) to carry out the obligations of citizenship. In keeping with the traditional concept that members on active duty should not engage in partisan political activity, and that members not on active duty should avoid inferences that their political activities imply or appear to imply official sponsorship, approval, or endorsement, the following policy shall apply:

## Definition of Partisan Political Activity

- DoDD 1344.10, E2.5.
- <u>Partisan Political Activity</u>. Activity supporting or relating to candidates representing, or issues specifically identified with, national or State political parties and associated or ancillary organizations or clubs.

15

*Enclosure (2)*

- **4.2.** <u>Nomination or Candidacy for Civil Office in the U.S. Government or State or Other Non-U.S. Government Offices</u>
  - 4.2.1. Paragraph 4.2. applies to:
    - **4.2.1.1.** A civil office in the U.S. Government that:
    - **4.2.1.1.1.** Is an elective office;

## 4.2. <u>Nomination or Candidacy for Civil Office in the U.S. Government or State or Other Non-U.S. Government Offices</u>

- **4.2.2.** A regular member, or a retired regular or Reserve Component member on active duty under a call or order to active duty for more than 270 days, may not be a nominee or candidate for the offices described in subparagraph 4.2.1., except when the Secretary concerned grants permission.



Enclosure ( )

## DoD Instruction 1334.01 Wearing of the Uniform

- 3.1. It is DoD Policy that:
  - The wearing of the uniform by members of the Armed Forces is prohibited under any of the following circumstances.
    - 3.1.2 During or in connection with furthering political activities, private employment or commercial interests, when an interference of official sponsorship for the activity or interest may be drawn.
    - 3.1.4. When wearing of the uniform may tend to bring discredit upon the Armed Forces
    - 3.1.5. When specifically prohibited by regulations of the Department concerned

## List of questions

- Are you running for political office?
  - Which office?
- Have you registered with the FEC to run for political office?
- Are you aware of DoDD 1344.10?
  - Do you know that you need permission of the Secretary of the Navy to run for political office?
  - Do you have permission from the Secretary of the Navy?
  - When is your EOS?
- Do you know what the term partisan political statement refers to?
  - This is quoted from the biography on your website: "America is on the brink of civil war, with a tyrant, who promotes hatred, racism, and segregation throughout the world"
  - Quote from video found on Instagram page: "Fuck Donald Trump"
  - Would you consider this a partisan political statement?
- Are you actively campaigning within the squadron spaces?
  - Have you asked any squadron personnel to support your campaign?
    - Which personnel? What support have you asked them to give?
  - Have you received monetary contributions in any form from any squadron personnel?
  - Have you ever used squadron resources to advance your political campaign?
    - Email to PO1 and Business Card




Enclosure ( )

10

## 4.1.2. A member of the Armed Forces on active duty shall not:

- 4.1.2.9. Solicit or otherwise engage in fundraising activities in Federal offices or facilities, including military reservations, for any political cause or candidate.
- 4.1.2.16. Make a campaign contribution to, or receive or solicit (on one's own behalf) a campaign contribution from, any other member of the Armed Forces on active duty. Any contributions not prohibited by this subparagraph remain subject to the gift provisions of sections 2635.301-2635.304 of title 5, Code of Federal Regulations (Reference (f)). See subparagraph 4.1.2.1. for general prohibitions on partisan fundraising activity.

## 4.6. Actions When Prohibitions Apply

- 4.6.4. This is a lawful general regulation. Violations of paragraphs 4.1. through 4.5. of this Directive by persons subject to the Uniform Code of Military Justice are punishable under Article 92, "Failure to Obey Order or Regulation," Chapter 47 of Reference (b).

Enclosure ( )

## WITNESS STATEMENT

| | | |
|---|---|---|
| Cunningham, Gabrielle | LCDR | |
| Name | Rank/Rate | Social Security Number |
| HSM 49 | | SAFETY |
| Command | | Division |
| | | |
| TAD from/to | | Until (give dates) |
| | | |
| Whereabout for next 30 days | | Phone |

I, LCDR Gabrielle Cunningham, hereby make the following statement to LT David Kehoe, who has identified himself/herself as a preliminary inquiry officer for the Investigation for AD1 Joe Collins.

AD1 told me he has been running for president on multiple occasions.

The signature on his texts has a #2020Collins line.

He worked on his website and called website manager at work.

I know he is involved in business organizations before and after work.

He did not solicit funds from me personally.

He makes statements and conversations that are politically charged, nothing toward other sailors.

He spends a lot of time doing non work related activities including the website.

I swear (or affirm) that the information in the statement above and on the __0__ attached page(s) is true to the best of my knowledge or belief.

_____      _____    _____
(Witness' Signature)                               (Date)              Time

Sworn to before me this date.

_____      _____    _____
(Investigator's Signature)                         (Date)              Time

2Φ

# List of questions

- Have you ever posted anything online in uniform that may bring discredit to the Armed Forces?
  - Screen shots in uniform on votecollins2020.com

- Do you know what article 92 of the UCMJ is?
- Do you know what article 134 of the UCMJ is?



Enclosure (___)

## WITNESS STATEMENT

| McHenry, Donnel | AT1 | |
|---|---|---|
| Name | Rank/Rate | Social Security Number |
| HSM 49 | | ARO |
| Command | | Division |

| TAD from/to | Until (give dates) |
|---|---|

| Whereabout for next 30 days | Phone |
|---|---|

I, <u>AT1 Donnel McHenry</u>, hereby make the following statement to
<u>LT David Kehoe</u>, who has identified himself/herself as a preliminary inquiry officer for the
<u>Investigation for AD1 Joe Collins.</u>

Two weeks ago AD3 Christopherson mentioned to me that AD1 Collins was running for president and showed me the website.

AD1 Collins told ARO members he was running for president and has the #2020Collins signature in his text messages.

AT1 McHenry sat down with AD1 Collins and told him he needed to revise his website.

If you are one on one with him, he will be talking about campaign.

He has been telling younger sailors to volunteer and enlisting their help with photo taking,

He has said he owns Blue Velvet nightclub, asking younger sailors to come over to his house.

No knowledge of soliciting money from sailors.

I have not seen the 2020 Collins business cards around the squadron.

AD1 asked AEAN Hopp to ask his wife about helping with the campaign as she was a political science major.

I swear (or affirm) that the information in the statement above and on the __0__ attached page(s) is true to the best of my knowledge or belief.

| (Witness' Signature) | (Date) | Time |
|---|---|---|

Sworn to before me this date.

| (Investigator's Signature) | (Date) | Time |
|---|---|---|

22

Enclosure ( )

# WITNESS STATEMENT

Name: Cunningham, Gabrielle
Rank/Rate: LCDR
Social Security Number:

Command: ___ HSM-49
Division: Safety

TAD from/to:
Until (give dates):

Whereabout for next 30 days:
Phone:

I, LCDR GABRIELLE CUNNINGHAM , hereby make the following statement to
David Kehoe , who has identified himself/herself as a preliminary
inquiry officer for the PIO for AOI Collins

- "Told & has been running for president" - multiple occasions
- Signature on ballot has a has # 2020 collins line
- "Worked on website and called website manager at work"

- Involved in business organization before and after work

- Did not solicit funds from me personally

Statements and conversations politically charged,
nothing toward other sailors. Spends a lot of
time doing non work related activities including
website

I swear (or affirm) that the information in the statement above and on the 1 attached page(s) is
true to the best of my knowledge or belief.

(Witness' Signature)
Date: 15 MAY 17    Time: 0855

Sworn to before me this date.

(Investigator's Signature)
Date: 15 MAY 17    Time: 0855

Enclosure (2)

# WITNESS STATEMENT

Name: Donnel McHenry
Rank/Rate: AT1
Social Security Number:

Command: HSM49
Division:

Section:
Phone:

I, _Donnel McHenry_ , hereby make the following statement:

· Two weeks AD3 Kristopherson mentioned to AT1
to the fact AD1 was running for president and to see his website

· AD1 told the members he was running for president
Has a hashtag on his treats see Collins

· AT1 sat down w/ AD1 and told him he
needed to revise his website.
- If you are w/ him one on one he will be talking about
- Telling younger sailors to volunteer and enlisting campaign
their help. w/ photo taking
- Blue velvet nightclub that he owns, asked younger
sailors to come over to his house
- No knowledge of soliciting $ from sailors
- Hasn't given cards around
- Hopp - AERN - wanting to help him (Poly Sci Major)
'his wife

I swear (or affirm) that the information in the statement above and on the ___ attached page(s) is
true to the best of my knowledge or belief.

(Witness' Signature)
Date: 16 MAY 17
Time: 0810

Sworn to and subscribed before me on this date.

(Investigator's Signature)
Date: 16 MAY 17
Time: 0810

Enclosure (2)

# WITNESS STATEMENT

| James, Tony | MCPO/CMC | |
|---|---|---|
| Name | Rank/Rate | Social Security Number |
| HSM 49 | | |
| Command | | Division |
| | | |
| TAD from/to | | Until (give dates) |
| | | |
| Whereabout for next 30 days | | Phone |

I, <u>MCPO Tony James</u>, hereby make the following statement to
<u>LT David Kehoe</u>, who has identified himself/herself as a preliminary inquiry officer for the
<u>Investigation for AD1 Joe Collins</u>.

The situation was brought to my attention by ADC Brown.

ATI McHenry brought it to ADC Brown's attention after seeing the website.

When I first saw the website, I thought it was a joke.

We found the #2020Collins business cards in admin and training rooms.

I was also forwarded an email that AD1 sent to the FCPO with the #2020Collins in the signature.

ADC Brown sent me a text to notify me of the situation on 02 May.

ADC Brown said that a junior sailor had brought the website forward and thought the wording on the website biography was not ok.

No knowledge of soliciting money from sailors.

I know he does financial advising on the side

6-8 Months he offered to bring an outsider [business partner/financial adviser] in to speak to the command.

AD1 Collins gave his business card to AO to pass along.

I have seen his Instagram/Facebook video saying "Fuck Donald Trump"

I swear (or affirm) that the information in the statement above and on the __0__ attached page(s)
is true to the best of my knowledge or belief.

_____     _____     _____
(Witness' Signature)                            (Date)          Time

Sworn to before me this date.

_____     _____     _____
(Investigator's Signature)                      (Date)          Time

24


Enclosure (2)

# WITNESS STATEMENT

JAMES TONY / ~~AT1 Garden~~, CMC
Name        Rank/Rate      Social Security Number

H3M49
Command                                  Division

TAD from/to                            Until (give dates)

Whereabout for next 30 days                 Phone

I, _____TONY JAMES_____, hereby make the following statement to
_____LT DAVID M KEROP_____, who has identified himself/herself as a preliminary
inquiry officer for the ____ADC Collins____.

- Brought to my attention by ADC Brown. AT1 McHenry brought
it to ADC Brown's attention. Saw website, thought
it was a joke. Found 2020 cards in admin + freezing
rooms. Sent an email to PO1, with signature

- ADC Brown sent it in a text to notify me, May 2nd
Read the bio and felt - junior sailor wanting was
partisan politically.

- No knowledge of soliciting funds from sailors
- Does financial advising on the side
- 6-8 months ago, bringing in outsider, not

- Gave business cards to AB, to pass along
- Instagram / facebook video saying / "Fuck Donald Trump"

I swear (or affirm) that the information in the statement above and on the ___ attached page(s) is
true to the best of my knowledge or belief.

_____Tony A James CMC_____       15MAY17      0930
(Witness' Signature)                           (Date)        Time

Sworn to before me this date.

_____ LT            15MAY17      0930
(Investigator's Signature)                       (Date)        Time

36

Enclosure (~)

## United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

JOE E. III: COLLINS

                                    Plaintiff,

                    V.

UNITED STATES NAVY

                                    Defendant.

FILED

1/29/2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:          A. Finnell-Yepez  , Deputy

Civil No.  17cv2451-MMA-BGS

**SEALED DOCUMENT**

## WITNESS STATEMENT

Name: Christopherson, Timothy
AS MC9

Rank/Rate: _____

Social Security Number: _____

Command: _____

Division: _____

Section: _____

Phone: _____

I, __Timothy C_____, hereby make the following statement:

Working under AD? for last 2-3 months. A week
or so after checked into ARO, noticed something
was off. Bringing personal life to work.
- Telling us untrue / abnormal stories about how he is
a military. Video'd him telling
- screaming at people in the front of everyone, ADAN Redgars
calling him fat, progressing to others
- Came into work telling everyone how terrible it was
they coming back (5 minutes later) telling them how great they were

- Continued to overreact. Had trouble reporting things
Scared of chain. Told Airman Prateschi to go kill
himself

- Talked to sailors about his campaign. Basically
president already. Doesn't give an "F" about his COC
command. Called cor president a tyrant and FASCIST
to all sailors. Doesn't care what Chief / CO says
as he will be president and their boss very soon

I swear (or affirm) that the information in the statement above and on the __1__ attached page(s) is
true to the best of my knowledge or belief.

_____ (Witness' Signature)       _____ (Date)    _____ Time

Sworn to and subscribed before me on this date.

_____ (Investigator's Signature)  _____ (Date)    _____ Time

Enclosure ( )

## WITNESS STATEMENT

| Name | | Rank/Rate | Social Security Number |
|---|---|---|---|

| Command | | Division |
|---|---|---|

| Section | | Phone |
|---|---|---|

I, _____, hereby make the following statement:

- Needed to take $ out of TSP and put money into his life insurance company
- saying people were coming after him for child support $
- gave personal info and distributed to his business partners
- what would stop him from giving it out others
- McHenry was told _____ and ADI says he _____ should keep it between them, felt threatening
- "you need to never tell anyone about this 'Are you scared of me?'" threatening
- "

I swear (or affirm) that the information in the statement above and on the ___ attached page(s) is true to the best of my knowledge or belief.

_____     _____     _____
(Witness' Signature)                              (Date)            Time

Sworn to and subscribed before me on this date.

_____     _____     _____
(Investigator's Signature)                         (Date)            Time


Enclosure (2)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JOE E. III: COLLINS

                                        Plaintiff,

                        V.

UNITED STATES NAVY

                                        Defendant.

FILED

1/29/2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            A. Finnell-Yepez  , Deputy

Civil No.  17cv2451-MMA-BGS

## SEALED DOCUMENT

# WITNESS STATEMENT

**Name** Frateschi, Andrew

**Command** MSMU 9

**Rank/Rate**

**Social Security Number**

**Division**

**Section**

**Phone**

I, Andrew Frateschi , hereby make the following statement:

- Very limited interaction
- one night ADI come in and started talking about situations
- so anything go anything good, your life
- want 30 years, ...
- Pushing return financial info only no b---

I swear (or affirm) that the information in the statement above and on the ___ attached page(s) is true to the best of my knowledge or belief.

_(Witness' Signature)_

22 MAY 17 (Date)  1117 Time

Sworn to and subscribed before me on this date.

_(Investigator's Signature)_

22 MAY 17 (Date)  1117 Time

Enclosure ( )

## WITNESS STATEMENT

| Rodgers, Morgan | ADAN | |
|---|---|---|
| Name | Rank/Rate | Social Security Number |
| HSM 49 | | ARO |
| Command | | Division |

| TAD from/to | | Until (give dates) |
|---|---|---|

| Whereabout for next 30 days | Phone |
|---|---|

I, <u>ADAN Morgan Rodgers</u>, hereby make the following statement to
<u>LT David Kehoe</u>, who has identified himself/herself as a preliminary inquiry officer for the
<u>Investigation for AD1 Joe Collins.</u>

I received a phone call from World Financial Group and they said AD1 Collins had given out
my info.

AD1 Collins was constantly pushing his campaign with the text message signatures.

AD1 Collins pretty regularly disparaged his chain of command.

AD1 would yell about small things, getting ticked off about working on microphones and
setting up for quarters, flipping things around on us.

One major item that is kind of messed up is that he keeps claiming he owns a cocktail lounge
but it is just the apartment where he lives.

We found out that World Financial Group isn't a real company.

He also promotes something called Punch TV, which also looks fake.

I swear (or affirm) that the information in the statement above and on the __0__ attached page(s)
is true to the best of my knowledge or belief.

_____     _____     _____
(Witness' Signature)                 (Date)          Time

Sworn to before me this date.

_____     _____     _____
(Investigator's Signature)           (Date)          Time

31

 Enclosure ( )

## WITNESS STATEMENT

**Name:** Rogers, Morgan

**Rank/Rate:** ADAN

**Social Security Number:**

**Command:** HSM 41

**Division:**

**TAD from/to:**

**Until (give dates):**

**Whereabout for next 30 days:**

**Phone:**

I, _____Morgan Rudgers_____, hereby make the following statement to
_____, who has identified himself/herself as a preliminary
inquiry officer for the _____.

- Received phone call from world financial group.
  had not given out your info.
- Constantly pushing his kept messages.
- Pretty regularly about chain of command
  disparaging ~~so~~
- ~~separates~~
- yelling about small things, get tiched of
  working on mikes
- totally flipping things about

- Major item - kind of messed up. keeps claiming
  owns a cocktail lounge, apartment
  where he lives
- World financial group, not real
- Punch TV, looks fake

32

Enclosure ( )

I swear (or affirm) that the information in the statement above and on the ⟋ attached page(s) is true to the best of my knowledge or belief.

_____
(Witness' Signature)

22 MAR 17
(Date)

1117
Time

Sworn to before me this date.

_____
(Investigator's Signature)

22 MAY 17
. (Date)

1117
Time

33

Enclosure ( )

## WITNESSES

| NAME | RANK/RATE | DUTY STATION | PHONE NUMBER |
|------|-----------|--------------|--------------|
| Gabrielle Cunningham | LCDR | HSM-49 | (973)960-3345 |
| Tony James | CMDCM | HSM-49 | (619)545-0337 |
| Donnel McHenry | AT1 | HSM-49 | (717)658-1469 |
| Timothy Christopherson | AD3 | HSM-49 | (605)890-1829 |
| Andrew Frateschi | ATAN | HSM-49 | (619)540-2432 |
| Morgan Rogers | N/A | Civilian | (719)393-2015 |

MY FRIENDS

Lynda HLS

Auntie Terry

JoNeeLechell

Tarsha

McKinley

D'Tonna

Gomez

Chris

MacAttack.10

David Cooper

@Shogun_STICKXG ❄

Natt'Rell

OTHER SNAPCHATTERS

Austin Hamelin

Christopherson



HOME     BIOGRAPHY     CALENDAR     VOLUNTEER NOW     DONATE     SOCIAL MEDIA     PRIVACY AND TERMS



@VoteCollins2020

 **Jeb Bush** @JebBush    12 Aug
The white supremacists and their bigotry do not represent our great country. All Americans should condemn this vile hatred. #Charlottesville
Retweeted by JoeCollins2020

 **Bill Clinton** @billclinton    12 Aug
Even as we protect free speech and assembly, we must condemn hatred, violence and white supremacy. #Charlottesville
Retweeted by JoeCollins2020

 **Joe Biden** @JoeBiden    12 Aug
No. Not in America. We must be stronger, more determined, and more united than ever. Racism and hate have no place here. #charlottesville
Retweeted by JoeCollins2020

 **Bernie Sanders** @BernieSanders    01 Aug
Here's what happened when a Republican senator challenged a Canadian doctor on their single-payer health care system
twitter.com/WebStatus/8

Retweeted by JoeCollins2020

**JoeCollins2020** @VoteCollins2020    31 Jul
@askathome Good looking out! Thank you! Lets go look at it again!



  





 Like Page      Shop Now

Be the first of your friends to like this





 **Joe Collins**
added 3 weeks ago

The only way to achieve success is through a United States of America. Key word is #UNITED!
#votecollins2020 #visionforthefuture #teamCollins

1     Comment     Share

 Joe Collins



Joe Collins
votecollins2020...

😊 Added Me

👤 Add Friends

📄 My Friends

**Sigala, Daniela D IT1 HSM 49, N1**

| | |
|---|---|
| **From:** | Faapouli, Tammy CIV CHSMWP, N6 |
| **Sent:** | Monday, August 14, 2017 8:40 |
| **To:** | Sigala, Daniela D IT1 HSM 49, N1 |
| **Subject:** | FW: CTE00233573/CME00047181 |
| **Signed By:** | tammy.faapouli@navy.mil |

FYI..

v/r,
Tammy

Tammy J. Fa'apouli, MSA, GSLC
COMHSMWINGPAC N6
CMD-ISSM and CSWF-PM
N.A.S. North Island
(619) 767-7000  DSN 577-7000
NIPR: tammy.faapouli@navy.mil  SIPR: tammy.faapouli@navy.smil.mil

FOR OFFICIAL USE ONLY, PRIVACY ACT PROTECTED This electronic transmission may contain information intended only for the person(s) named above. It may be protected from disclosure by applicable law, including the Privacy Act, attorney-client privilege or work product doctrine. Any use, distribution, copying or disclosure by another person is strictly prohibited. If you receive this transmission in error please notify the sender at the telephone number or e-mail address above.

-----Original Message-----
From: Cota, William R
Sent: Monday, August 14, 2017 8:26 AM
To: Faapouli, Tammy CIV CHSMWP, N6
Subject: CTE00233573/CME00047181

Tammy,

Here is the information that I found regarding this issue.

Please create task for COS team to identify the user that visited the following malicious domain on Aug 7th 2017 between 1348Z-1400Z and possibly downloaded malware. File name was Invoice_164547.doc. See DISA Sharkseer tipper 17-0818 for additional details.

site was: foundationofyet.com (13.58.159.58)

PBI3615 Downloader.Trojan (DISA Sharkseer Tipper 17-0818)

Machine Name: WDSDNI324641
IP Address: 10.0.68.83
MAC: 6C3BE53D3789

Reimage WDSDNI324641

Per NCDOC Harry, the user associated is NADSUSWE/Joe. E. Collins

R/

Bill

William(Bill)Cota
NGEN IA Technician/ LE
SDNI L-IA Operations Agent
DXC Technology
CRND,IPBC,NALF,SCCB,SCLM,SDNI,SYPE,
1482 Read Rd.
San Diego, Ca.
Mobile: 619-852-1092
Office: 619-522-5255
E-Mail: William.r.cota@hpe.com
E-mail: William.cota@nmci-isf.com

# RECORD OF COUNSELING

Date:15 Aug 17

## PRIVACY ACT STATEMENT

The authority for requesting the following information is contained in section 3012, Title 10 of the United States Code and Executed Order 9397. The date will be used to document quality force counseling actions not prescribed in other directives. When completed, the form may or may not become a source document to support administrative separation. Data is also releasable to higher Headquarters officials when used to support administrative separations of UCMJ actions. Completion of the form by a counselor is mandatory; however, disclosure of information or facts may not be in the counselee's best interests in the event of administrative, disciplinary, or separation action subsequently deemed warranted by the counselee's Commanding Officer.

COLLINS, JOE E.                                          AD1                    _____
NAME (LAST, FIRST, MIDDLE INITIAL)                       RATE                    SSN

1ST LT                                        ADC BROWN, HERBIE
DIVISION/WORK CENTER/DUTY SECTION                        NAME/RATE OF COUNSELOR

## REASON FOR COUNSELING

☐ PERFORMANCE                          ☐ PRIVATE INDEBTEDNESS
☒ PERSONAL BEHAVIOR                    ☐ SUPPORT OF DEPENDENTS
☐ OJT PROGRESS                         ☒ RESPONSIBILITIES
☐ SUBSTANDARD DRESS/APPEARANCE         ☐ OTHER (SPECIFY) _____

Resume of reasons which caused the counseling requirement (Give details, facts, specific date, names sequence of events, etc.).

On 07 Aug 17, AD1 Collins downloaded a Trojan Horse virus on an NMCI government computer. When questioned by ITC(Sel) Sigala, AD1 stated he was browsing the Federal Reserve Website. When later questioned by ADC Brown, AD1 again stated that he was browsing the Federal Reserve Website. On 08 Aug 17, member was denied logon to the NMCI network by NMCI Field Operations. On 09 Aug 17, his computer was taken by NMCI Field Operations and was reimaged. His action directly violates the Department of the Navy Acceptable Use Policy and block 22 of the OPNAV 5239/14 SAAR-N Form which he signed on 27 Apr 15. See Attachment 1 for details regarding the incident.

Member is being counseled to understand that, when using Navy IT resources, He shall not:

- Auto-forward any e-mail from a Navy account to commercial e-mail account (e.g., .com).
- Bypass, stress, or test IA or Computer Network Defense (CND) mechanisms (e.g. Firewalls, Content Filters, Proxy Servers, Anti-Virus Programs).
- Introduce or use unauthorized software, firmware, or hardware on any Navy IT resource.
- Relocate or change equipment or the network connectivity of equipment without authorization from the Local IA Authority (i.e., person responsible for
the overall implementation of IA at the command level).
- Use personally owned hardware, software, shareware, or public domain software without written authorization from the Local IA Authority.
- Upload/download executable files (e.g., exe, .com, .vbs, or .bat) onto Navy IT resources without the written approval of the Local IA Authority.
- Participate in or contribute to any activity resulting in a disruption or denial of service.
- Write, code, compile, store, transmit, transfer, or Introduce malicious software, programs, or code.
- Use Navy IT resources in a way that would reflect adversely on the Navy. Such uses include pornography, chain letters, unofficial advertising,
soliciting or selling except on authorized bulletin boards established for such use, violation of statute or regulation, inappropriately handled classified
information and PII, and other uses that are incompatible with public service.
- Place data onto Navy IT resources possessing insufficient security controls to protect that data at the required classification (e.g., Secret onto
Unclassified).

By signing below, you acknowledge everything that is required of you and you fully understand what actions need to be taken by yourself. Further failure to obey orders, or violation of ANY UCMJ ARTICLE may result in further action being taken against you. If you feel that you need any assistance or guidance of the items required of you, your chain of command is here to assist you.

Solution that was mutually developed and discussed to overcome the problem(s) and preclude future involvement.
(outline all solutions and indicate which one(s) the counselee freely elected)
Member will sign a new OPNAV 5239/14 SAAR-N Form, complete the Cyber Awareness Challenge V4 course and submit to IT department.

## RECORD OF COUNSELING

Other agencies the counselee was referred to (Personal affairs, social actions, legal services, CAAC, NASAP/DASAP, etc.).
(the counselor makes appointments for these agencies and should indicate appointment dates/times)

N/A

_____     MEMBER REFUSE TO SIGN _____ ADC
COUNSELEE'S SIGNATURE                                    COUNSELOR'S SIGNATURE

Remarks/follow-up actions (outline all efforts indicating dates, names, progress, etc.).

## KEY COUNSELING POINTS

* Counseling is performed to solve a problem or to fulfill a need. Determine your interview objective prior to meeting, review available records, and arrange office seating for best results.
* Give the counselee the facts, whether they are pleasant or unpleasant.
* Be a good listener---------BE FAIR.
* Don't be afraid to refer individuals to other agencies for professional help. You don't have the answer to all problems.
* Keep the counselee's problems confidential. Do not make snap decisions.
* Help the counselee to grow in self-understanding.
* Do not lose self-control. The results could be disastrous.
* Do not make promises you can't keep.
* Do not forget to document the counseling and have the counselee sign the counseling sheet.
* Do not make the counselee feel intimidated.

I, Joe E. Collins IV Do Not know what website that is, which the VIRUS CAME FROM. I NEVER KNOWINGLY OR INTENTIONALLY DOWN LOADED A VIRUS ON ANY COMPUTER AND NEVER HAVE IN MY 13 years of SERVICE. I told TTC(SEL) SIGHLA that the only WEBSITE I Down LOADED Anything FROM WAS the FEDERAL RESERVE WEBSITE AS WELL AS the WEBSITE I USED to down load A PICTURE FOR A Food Sale FOR the command. I ALSO told ADC Brown the same thing

ADI

15 AUG 2012

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

JOE E. III: COLLINS

                                **Plaintiff,**

               **V.**

UNITED STATES NAVY

                               **Defendant.**

**FILED**

1/29/2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:       A. Finnell-Yepez , Deputy

**Civil No.** 17cv2451-MMA-BGS

## SEALED DOCUMENT

Charge III:  Violation of UCMJ, Article 134.

Specification 1:  In that Aviation Machinist's Mate First Class Petty Officer Joe E. Collins III, U.S. Navy, did, at Helicopter Maritime Strike Squadron FOUR NINE, Naval Air Station North Island, Coronado, California, on or about 2 May 2017, with intent to promote disloyalty and impair good order and discipline of any member of the armed forces of the United States communicate to his junior Sailors, the following statement, to wit:  "the orders of the entire chain of command were irrelevant as I would soon be President and giving orders to these individuals," or words to that effect, which statement was disloyal to the United States, and that said conduct was to the prejudice of good order and discipline in the armed forces.

Specification 2:  In that Aviation Machinist's Mate First Class Petty Officer Joe E. Collins III, U.S. Navy, did, at Helicopter Maritime Strike Squadron FOUR NINE, Naval Air Station North Island, Coronado, California, on or about 2 May 2017, with intent to promote disloyalty and impair good order and discipline of any member of the armed forces of the United States communicate to social media, the following statement, to wit:  "the Commander in Chief, President Trump is a tyrant who promotes hatred, racism, and segregation throughout the world," and "fuck Donald Trump, I am running for President in 2020," or words to that effect, which statement was disloyal to the United States, and that said conduct was to the prejudice of good order and discipline in the armed forces.

# RECORD OF COUNSELING

Other agencies the counselee was referred to (Personal affairs, social actions, legal services, CAAC, NASAP/DASAP, etc.).
(the counselor makes appointments for these agencies and should indicate appointment dates/times)
N/A

_____     MEMBER REFUSE TO SIGN _____  ADC
COUNSELEE'S SIGNATURE                                    COUNSELOR'S SIGNATURE

Remarks/follow-up actions (outline all efforts indicating dates, names, progress, etc.).


## KEY COUNSELING POINTS

* Counseling is performed to solve a problem or to fulfill a need. Determine your interview objective prior to meeting, review available records, and arrange office seating for best results.
* Give the counselee the facts, whether they are pleasant or unpleasant.
* Be a good listener---------BE FAIR.
* Don't be afraid to refer individuals to other agencies for professional help. You don't have the answer to all problems.
* Keep the counselee's problems confidential. Do not make snap decisions.
* Help the counselee to grow in self-understanding.
* Do not lose self-control. The results could be disastrous.
* Do not make promises you can't keep.
* Do not forget to document the counseling and have the counselee sign the counseling sheet.
* Do not make the counselee feel intimidated.

I, Joe E. Collins III Do not know what website that is, which the virus came from. I never knowingly or intentionally down loaded a virus on any computer and never have in my 13 years of service. I told TTC(Sel) SIGALA that the only website I down loaded anything from was the Federal Reserve website as well as the website I used to down load a picture for a food sale for the command I also told ADC Brown the same thing

ADI

SHIP OR STATION:

HELICOPTER MARITIME STRIKE SQUADRON FOUR NINE

| SUBJECT: | | |
|---|---|---|
| | ☒ PERMANENT | ☐ TEMPORARY |
| CEASE OF POLITICAL ACTIVITIES | AUTHORITY *(IF PERMANENT):* | |
| | JAGMAN | |

11 Aug 17: AD1 Joe E. Collins, III, USN, the following deficiencies in your performance and/or conduct are identified:

Violating a lawful general regulation, DoD Directive 1344.10 dated 19 February 2008, by participating in partisan political activity to wit: campaigning for President of the United States of America, engaging in fundraising activities in federal offices or facilities, and using official authority to solicit votes for his candidacy for the office of the President and support of his campaign.

With intent to promote disloyalty and impair good order and discipline of any member of the armed forces of the United States communicate to his junior Sailors, the following statement, to wit: "the orders of the entire chain of command were irrelevant as I would soon be President and giving orders to these individuals," or words to that effect, which statement was disloyal to the United States, and that said conduct was to the prejudice of good order and discipline in the armed forces.

With intent to promote disloyalty and impair good order and discipline of any member of the armed forces of the United States communicate to social media, the following statement, to wit: "the Commander in Chief, President Trump is a tyrant who promotes hatred, racism, and segregation throughout the world," and "Fuck Donald Trump, I am running for President in 2020," or words to that effect, which statement was disloyal to the United States, and that said conduct was to the prejudice of good order and discipline in the armed forces.

You are required to take the following corrective action(s):
- Cease and desist from all partisan political activities while serving on active duty, including campaigning for President in 2020.

- Assistance is available through your immediate Chain of Command; Command Master Chief or Executive/Commanding Officer.

You are advised that any further deficiencies in your performance and/or conduct may result in disciplinary action and/or additional administrative action. All deficiencies previously cited and/or any misconduct during your current enlistment, both before and after the date of this action, will be considered. Additional violation(s) of UCMJ or conduct resulting in civilian conviction could result in an administrative separation under Other Than Honorable (OTH) conditions.

This counseling/warning entry is made to afford you an opportunity to undertake the required corrective action(s). Any failure to adhere to the guidelines cited above, may result in adverse administrative action and/or administrative separation processing.

_____
(Members Signature)

D. M. Taylor
Legal Officer

Witnessed:
_____
T. A. James
Command Master Chief

ENTERED AND VERIFIED IN ELECTRONIC SERVICE RECORD:

| VERIFYING OFFICIAL RANK OR GRADE/TITLE: | DATE: | SIGNATURE OF VERIFYING OFFICIAL: |
|---|---|---|
| | | |

| NAME (LAST, FIRST, MIDDLE): | SOCIAL SECURITY NUMBER: | BRANCH AND CLASS: |
|---|---|---|
| COLLINS, III, JOE, E | XXX-XX-1830 | USN |

MY FRIENDS

Lynda HLS

Auntie Terry

JoNeeLechell

Tarsha

McKinley

D'Tonna

Gomez

Chris

MacAttack.10

David Cooper

@Shogun_STICKXG ❉

Natt'Rell

OTHER SNAPCHATTERS

Austin Hamelin

Christopherson

Stolen video of me and my girl friend

# REPORT AND DISPOSITION OF OFFENSE(S)
NAVPERS 1626/7

| To: Commanding Officer, | Helicopter Maritime Strike Squadron FOUR NINE | | | Date of Report: | 15 August 2017 |
|---|---|---|---|---|---|

I hereby report the following named person for the offense(s) noted:

| NAME OF ACCUSED | SERIAL NO. | SOCIAL SECURITY NO. | RATE/GRADE | BR. & CLASS | DIV/DEPT |
|---|---|---|---|---|---|
| COLLINS, Joe Edward III | N/A | XXX-XX-1830 | AD1/E-6 | USN | 1ST LT/ARO |

| PLACE OF OFFENSE(S) | DATE OF OFFENSE(S) |
|---|---|
| HSM-49, NAS North Island, Coronado, California | 12 August 2017 |

DETAILS OF OFFENSE(S) (Refer to Article of UCMJ if known. If unauthorized absence, give following info: time and date of commencement, whether over leave or liberty, time and date of apprehension or surrender and arrival on board, loss of ID card and/or liberty card, etc.):

Charge I: Violation of UCMJ, Article 92.

Specification 1: In that Aviation Machinist's Mate First Class Petty Officer Joe E. Collins III, U.S. Navy, did, on active duty, at Helicopter Maritime Strike Squadron FOUR NINE, Naval Air Station North Island, Coronado, California, having knowledge of a lawful order issued by Vice Admiral M. E. Ferguson III., to wit: OPNAV Instruction 5350.4D, Navy Alcohol and Drug Abuse Prevention and Control, dated 4 June 2009, an order which it was his duty to obey, did, at or around San Diego, CA, on or about 12 August 2017, fail to obey the same by wrongfully providing alcohol to an underage Sailor.

Specification 2: In that Aviation Machinist's Mate First Class Petty Officer Joe E. Collins III,, U.S. Navy, did, on active duty, at Helicopter Maritime Strike Squadron FOUR NINE, Naval Air Station North Island, Coronado, California, on active duty, having knowledge of a lawful order issued by Commander D. J. Wilson, Jr., to wit: Commanding Officer's Fraternization Policy Statement, an order which it was his duty to obey, did, at or near San Diego, CA, on or about 12 August 2017, fail to obey the same by wrongfully having sexual relations with another service member in his direct chain of command.

| NAME OF WITNESS | RATE/GRADE | DIV/DEPT | NAME OF WITNESS | RATE/GRADE | DIV/DEPT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

YN2(AW/SW) Legal Clerk
_(Rate/Grade/Title of person submitting report)_     _(Signature of Accuser)_

I have been informed of the nature of the accusation(s) against me. I understand I do not have to answer any questions or make any statement regarding the offense(s) of which I am accused or suspected. However, I understand any statement made or questions answered by me may be used as evidence against me in event of trial by court-martial (Article 31, UCMJ).

Witness: _____     Acknowledged: _____
_(Signature)_     _(Signature of Accused)_

**PRE-MAST RESTRAINT**

[ ] PRE-TRIAL CONFINEMENT

[X] NO RESTRICTION

[ ] RESTRICTED: You are restricted to the limits of _____ in lieu of arrest by order of the CO. Until your status as a restricted person is terminated by the CO, you may not leave the restricted limits except with the express permission of the CO or XO. You have been informed of the times and places which you are required to muster.

_(Signature and title of person imposing restraint)_     _(Signature of Accused)_

## INFORMATION CONCERNING ACCUSED

| CURRENT ENL. DATE | EXPIRATION CURRENT ENL. DATE | TOTAL ACTIVE NAVAL SERVICE | TOTAL SERVICE ON BOARD | EDUCATION | AFQT | AGE |
|---|---|---|---|---|---|---|
| 6 Feb 2015 | 5 Feb 2019 | 13yrs | 2 yrs 4mo | 12 | 54 | 31 |

| MARITAL STATUS | NO. DEPENDENTS | CONTRIBUTION TO FAMILY OR QTRS. ALLOWANCE (Amount required by law) | PAY PER MONTH (Including sea or foreign duty pay, if any) |
|---|---|---|---|
| Single | 4 | $350 per mo | E-6 = $3,688.00 (1/2=$1,844.00) <br> E-5 = $3,232.00 (1/2=$1,616.00) |

RECORD OF PREVIOUS OFFENSE(S) (Date type action taken etc. Nonjudicial punishment incidents are to be included.)

No record of previous offense(s).

# MILITARY PROTECTIVE ORDER

## PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974 (Public Law 93-579), this notice informs you of the purpose of the form and how it will be used. Please read it carefully.

**AUTHORITY:** 5 U.S.C. 301, Departmental Regulations; 10 U.S.C. 136, Under Secretary of Defense for Personnel and Readiness; and National Defense Authorization Act for Fiscal Year 1995, Sec. 534.

**PRINCIPAL PURPOSE(S):** To inform the service member and the protected person that the commanding officer is issuing an order to the member prohibiting contact or communication with the protected person or members of the protected person's family or household and directing that the member take specified actions that support, or are in furtherance of, the prohibition.

**ROUTINE USE(S):** Any release of information outside of the Department of Defense shall be compatible with the purposes for which the information is being collected and shall be in accordance with an established routine use for the record system where the information is maintained.

**DISCLOSURE:** Voluntary. Failure to disclose/verify information will not delay either the issuance of the order or the enforceability of the order.

| 1. SERVICE MEMBER | | | | 2. PROTECTED PERSON *(Important: see NOTE)* | | | |
|---|---|---|---|---|---|---|---|
| a. RANK | b. LAST NAME | FIRST NAME | MI | a. RANK | b. LAST NAME | FIRST NAME | MI |
| E-6 | COLLINS | JOE | E | E-1 | MARCH | TYAWANA | |
| c. UNIT | | | | c. UNIT | | | |
| HSM 49 | | | | HSM 49 | | | |
| d. INSTALLATION | | | | d. INSTALLATION | | | |
| NASNI, SAN DIEGO, CA | | | | NASNI, SAN DIEGO, CA | | | |

**NOTE:** Omit information in Item 2 that, if known to the service member in Item 1, could endanger the protected person.

**3. INFORMATION SUPPORTING ISSUANCE OF THIS MILITARY PROTECTIVE ORDER**

This lawful order taken to promote good order and discipline and ensure your safety and protection of the person listed above. The issuance of this order is not a form of disciplinary action against you, nor does it mean that you will or will not be punished for any actions taken before or after its issuance.

**4. THE PROTECTED PERSON HAS ALSO BEEN ISSUED THE FOLLOWING COURT ORDERS:**

a. Civil protection order issued *(Date - YYYYMMDD)* _____ , in _____ Court,

_____ County, State of _____

| b. Order issued *(Date - YYYYMMDD)* Unkown , in _____ Court, _____ County, State of _____ | Property Settlement |
|---|---|
| | Custody and/or Visitation |

**DD FORM 2873, JUL 2004**     PREVIOUS EDITION IS OBSOLETE.

**5.** As a Commanding Officer with jurisdiction over the above-named service member, I find that there is sufficient reason to conclude that the issuance of an order is warranted in the best interest of good order and discipline. It is hereby ordered that *(initial applicable portions)*:

| | | |
|---|---|---|
| *(initialed)* | a. | The above-named service member is restrained from initiating any contact or communication with the above-named protected person either directly or through a third party. For purposes of this order, the term "communication" includes, but is not limited to, communication in person, or through a third party, via face-to-face contact, telephone, or in writing by letter, data fax, or electronic mail. If the protected person initiates any contact with the service member, the service member must immediately notify me regarding the facts and circumstances surrounding such contact. |
| *(initialed)* | b. | The above-named service member shall remain at all times and places at least ___50___ feet away from the above-named protected person and members of the protected person's family or household including, but not limited to, residences and workplaces. Members of the protected person's family or household include: |
| N/A | c. | The above-named service member will vacate the military residence shared by the parties located at: |
| N/A | d. | Until further notified, the above-named service member will be provided temporary military quarters at: |
| N/A | e. | The above-named service member will attend the following counseling: |
| N/A | f. | The above-named service member will surrender his/her government weapons custody card at the time of issuance of this order. |
| N/A | g. | The above-named service member will dispose of his/her personal firearm(s) that are located or stored on the installation at the time of issuance of this order. |
| *(initialed)* | h. | Exceptions to this order will be granted only after an advance request is made to me and approved by me. |
| N/A | i. | Other specific provisions of this order: |

**6. DURATION:** The terms of this order shall be effective until _____0700, 31 AUG 2017_____ , unless sooner rescinded, modified, or extended in writing by me.

**ENFORCEABILITY:** Violation of this order or an applicable civilian protection order shall constitute a violation of Article 90 of the Uniform Code of Military Justice.

| a. COMMANDING OFFICER'S SIGNATURE | b. DATE *(YYYYMMDD)* |
|---|---|
| *(signature)* CDR | 2017 08 16 |

**7.** I hereby acknowledge receipt of a copy of this order and attest that I understand the terms and conditions it imposes on me.

| a. SERVICE MEMBER'S SIGNATURE | b. DATE *(YYYYMMDD)* |
|---|---|
| *(signature)* | 2017 08 17 |

**DISTRIBUTION:**
Service member                              Protected person (Custodial parent of protected child)
Service member's local personnel file

DD FORM 2873 (BACK), JUL 2004