Joe E. III: Collins
11705 Willake St
Santa Fe Springs, Ca 90670
Joecollins47@gmail.com
858-882-7519

**FILED**

Apr 30 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ robertc        DEPUTY

NUNC PRO TUNC
4/27/2018

## U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Joe E. III: Collins

            Plaintiffs,

    v.

UNITED STATES NAVY,

            Defendants.

Case No.: 17CV2451-MMA (BGS)

**MOTION TO TRANSFER VENUE
TO UNITED STATES COURT OF
FEDERAL CLAIMS**

Judge: The Hon. Michael M. Anello

The Plaintiff Joe Edward III: Collins submits the following motion and points of authority to move this case to its proper venue.

I.      I Joe E III:Collins move this court to transfer this case to the United States Court of Federal Claims. Claims against the defendant in a tort or contract claim exceeds the $10,000.00 threshold as set forth under the Tucker Act, 28 U.S.C. § 1491(a)(1).

The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim against the United States founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States, or for liquidated or unliquidated damages in cases not sounding in tort. For the purpose of this paragraph, an express or implied contract with the Army and Air Force Exchange Service, Navy Exchanges, Marine Corps Exchanges, Coast Guard Exchanges, or Exchange Councils of the National Aeronautics and Space Administration shall be considered an express or implied contract with the United States.

**II.** Change of Venue. Section 1404(a) of Title 28 provides that: "for the convenience of parties and witnesses, in the interest of justice, a district may transfer any civil action to any other district where it might have been brought." Any party, including plaintiff, may move for a transfer under 28 U.S.C. § 1404(a)

**III.** Any party, including plaintiff, may move for a transfer under 28 U.S.C. § 1404(a). I-T-E-Circuit Breaker Co. v. Regan, 348 F.2d 403 (8th Cir. 1965); American Standard, Inc. v. Bendix Corp., 487 F. Supp. 254, 260 (W.D. Mo. 1980). A party may move for transfer, even if it has waived any objection to venue. Montgomery Ward & Co. v. Anderson Motor Service, Inc., 339 F. Supp. 713, 718 n.3 (W.D. Mo. 1971).

Dated: April 24th 2018
Time:0700

Joe E. III: Collins
11705 Willake St
Santa Fe Springs, Ca 90670
Joecollins47@gmail.com
858-882-7519

Joe E. III: Collins
11705 Willake St
Santa Fe Springs, Ca 90670
Joecollins47@gmail.com
858-882-7519

**U.S. DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| Joe E. III: Collins | Case No.: 17CV2451-MMA (BGS) |
| --- | --- |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED STATES NAVY, | |
| | Judge: The Hon. Michael M. Anello |
| Defendants. | |

I hereby certify that, I am a citizen of the United States and I am over the age of eighteen years old and not a party to the above action. My residence is 635 W. 113th st, Los Angeles, Ca, 90044.

I mailed a motion to change venue via certified mail to:

Adam Braverman and Daniel Butcher Office of the U.S. Attorney, 880 Front Street, Rm 6293, San Diego, Ca 92101

Dated: April 24th 2018

Time:0700

*Betty Walker*
Betty Walker

From: JOE E. Collins
1705 WillAKEST
SANtA Fe Springs Ca,
90670

 

1024          92101

U.S. POSTAGE
PAID
LYNWOOD, CA
90262
APR 25, 18
AMOUNT
$0.50
R2305E126277-08

# Ready**Post**®

Document Mailer

To: U.S District Court
Southern District
333 W. Broadway Ste 420
San Diego, Ca 92101