

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Joe E. Collins, III

                          **Plaintiff,**

V.

The United States Navy

                          **Defendant.**

Civil Action No. 17cv2451-MMA(BGS)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the Navy's motion and dismisses this action without prejudice and without leave to amend. The Court denies Plaintiff's motion to transfer venue.

Date: 8/8/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy